1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  | SHANE ROSS,
9  |                    Plaintiff,            | Case No. C14-1517-JCC
10 |     v.                                   | **ORDER DISMISSING AND REMANDING TO STATE COURT**
11 | RYAN JOHNSON, et al.,
12 |                    Defendants.

13    The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

14 Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and

15 **ORDER**:

16    (1)   The Court adopts the Report and Recommendation.

17    (2)   This action is **DISMISSED** without prejudice and **REMANDED** back to state

18 court.

19    (3)   The Clerk is directed to send copies of this Order to the parties and to Judge

20 Tsuchida.

21    //
      //
22    //
      //
23    //
      //

ORDER DISMISSING AND REMANDING TO STATE COURT - 1

1 | DATED this 19th day of December 2014.

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING AND REMANDING TO STATE COURT - 2